

# NUKK-FREEMAN & CERRA, PC
EMPLOYMENT ATTORNEYS

October 3, 2012

**VIA ELECTRONIC FILING**

The Honorable Mark Falk
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:**    **The Prudential Insurance Company of America, *et al.* v. Barclays Bank, PLC, *et al.***
             **Docket No: 2:12-cv-05854(WJM) (MF)**

Dear Judge Falk:

      This firm, along with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs The Prudential Insurance Company of America, Commerce Street Investment, LLC, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Prudential Retirement and Annuity Company and Prudential Trust Company (collectively, "Plaintiffs") in the above-referenced matter.

      This action was removed to this Court on September 18, 2012, and Plaintiffs presently intend to file a motion to remand. The enclosed Consent Order, which has been signed by counsel for both parties, sets forth a briefing schedule for Plaintiffs' motion to remand and any subsequent motion for dismissal filed by Defendants.

      We respectfully request that Your Honor consider the Consent Order and, if acceptable, enter it on the docket.

      Please do not hesitate to contact me with any questions or concerns.

                          Respectfully Submitted,

                          NUKK-FREEMAN & CERRA, P.C.

                          ROBIN H. ROME, ESQ.

Enclosure

NUKK-FREEMAN  CERRA, PC
EMPLOYMENT ATTORNEYS

    cc:    (all *via* email with enclosures)

            Matthew S. Ingles, Esq.
            Joseph J. Frank, Esq.
            Matthew L. Craner, Esq.
            Paul F. Rugani, Esq.
            Daniel L. Brockett, Esq.
            David D. Burnett, Esq.
            Jeremy D. Andersen, Esq.
            Chris R. Barker, Esq.